## GEORGE v GEORGE

Ohio Appeals, 8th Dist, Cuyahoga Co

Decided May 26, 1924

Edwin E. Miller, Cleveland, and Treadway & Marlatt, Cleveland, for plaintiff in error.

W. K. Gardner, Cleveland, for defendant in error.

For full opinion see 4 OO 260; 51 Oh Ap 174.